IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 99-22 |
| | ) |
| COURTNEY IAN SHAW | ) |

O R D E R

AND NOW, to wit, this 4th day of Sept, 2012, the Court having considered the motion of the government to destroy certain firearms, the Court having jurisdiction over the subject matter and being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Special Agents of the Drug Enforcement Administration shall forthwith destroy the following weapons:

(a) Grendal Model P-12 .380 caliber bearing serial number obliterated;

(b) Strum Ruger Model P89DC bearing serial number 307-69173; and

(c) Magazines and ammunition for weapons referred to in paragraphs 4a and 4b.

_____
UNITED STATES DISTRICT JUDGE

cc: United States Attorney